# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 1, 2025

*Before*

ILANA DIAMOND ROVNER, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

THOMAS L. KIRSCH II, *Circuit Judge*

No. 23-1463

| | |
|---|---|
| NATHANIEL PRYOR,<br>    *Plaintiff-Appellant*,<br><br>    v.<br><br>MICHAEL CORRIGAN, et al.,<br>    *Defendants-Appellees*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 1:17-cv-01968<br><br>Steven C. Seeger,<br>    *Judge*. |

**O R D E R**

On consideration of the petition for rehearing and for rehearing en banc filed by Plaintiff-Appellant on February 5, 2025, no judge in active service has requested a vote on the petition for rehearing en banc,[1] and the judges on the original panel have voted to deny rehearing.

Accordingly, the petition for rehearing is **DENIED**.

---

[1] Circuit Judge Kolar did not participate in the consideration of this petition for rehearing.